IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRIUS BRYANT BELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:11-cv-1346-KOB-TMP |
| TROY KING, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report September 30, 2011, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

DATED this 27th day of October 2011.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE